## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JOSHUA R. STRICKLAND

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj45/MD

**waived**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One, Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR § 2.3(d)(4) | Engaging in commercial fishing where prohibited | 11/2/07 | One |
| 36 CFR § 1.5(f) | Closure violation: fishing from a vessel within 200 feet of a pier. | 11/2/07 | Two |
| 36 CFR § 2.32(2) | Failure to follow a lawful order | 11/2/07 | Three |

### CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 30.00 | $ 550.00 | $ 0.00 |

Date of Imposition of Sentence - 1/16/08

*Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-17-08

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JAN 17 PM 2: 45

FILED